# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Arnold Vargas**
      Plaintiffs

V.

CIVIL ACTION

NO. **1:24-cv-12028-RGS**

**True Fabrications, Inc.**
      Defendants

## ORDER OF DISMISSAL

Stearns, D. J.

Summons as to defendant True Fabrications, Inc. issued on 8/7/24.  Pursuant to Fed. R. Civ. P. 4(m), the 90 days in which to make service has expired.  Accordingly, this case is DISMISSED without prejudice.

      By the Court,

11/7/2024
      Date

/s/ Jacqueline Martin
      Deputy Clerk